FILED
MAY 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNSEALED 5/22/08
ORDERED SEALED BY COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BENJAMIN JAMES NAZARIO,<br><br>        Defendant. | Magistrate Case No. 811596<br><br>SEALING ORDER |

Upon application of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the complaint and this order be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: May 20, 2008.

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE