AO 442

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

#1496354

08584-298

12/8/83

UNITED STATES OF AMERICA

v.

Benjamin James Nazario

08 MAY 30 AM 8:59

**WARRANT FOR ARREST**

CASE NUMBER: **'08 MJ1596**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Benjamin James Nazario____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

18 USC 2252(a)(4)(B) Possession of Images of Minors engaged in sexually explicit conduct.

ARRESTED BY FBI S/A Daniel Evans
DATE 5/30/08
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: [signature]

RECEIVED 2008 MAY 21 P 4:1 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title ____18____ United States Code, Section(s) ____2252 (a)(4)(B)____

W. Samuel Hamrick, Jr.                          Clerk of the Court
Name of Issuing Officer                         Title of Issuing Officer

ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE         MAY 20 2008      San Diego, California
Signature of Deputy                             Date and Location

Bail fixed at $ _____    by ____[signature] Battaglia____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II FBI   3705   Child Pornography
AUSA Bill Hall x 7046

AO 442

# 1496356

**ORDERED SEALED BY COURT**

08584-298
12/8/83

# United States District Court

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

2008 MAY 21 P 3:05

v.

Benjamin James Nazario

**WARRANT FOR ARREST**

CASE NUMBER: '08 MJ 1596

08584-298

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Benjamin James Nazario

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

18 USC 2252(a)(4)(B)  Possession of Images of Minors engaged in sexually explicit conduct.

In violation of Title ____18____ United States Code, Section(s) ____2252 (a)(4)(B)____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| ANTHONY J. BATTAGLIA U.S. MAGISTRATE JUDGE | MAY 20 2008    San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____  by _____[signature]_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at   8:32 AM  in

Imperial Beach, CA

| DATE RECEIVED 5/20/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/21/08 | Daniel P. Evans FBI Special Agent | [signature] |