ORIGINAL FILED
JUN 17 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>BENJAMIN JAMES NAZARIO,<br><br>                Defendant. | Criminal Case No. '08 CR 1981 BTM<br><br><u>I N F O R M A T I O N</u><br><br>Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Images of Children Engaged in Sexually Explicit Conduct |

The United States Attorney charges:

On or about August 6, 2007, within the Southern District of California, defendant BENJAMIN JAMES NAZARIO, did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer images which contained visual depictions, including video file "PEDO - Raygold Russian 7Yo Preteen (no sound).mpg," that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined

//
//
//
//

1  in Title 18, United States Code, Section 2256(2), and which visual
2  depictions were of such conduct; in violation of Title 18, United
3  States Code, Section 2252(a)(4)(B).
4
5       DATED: June 17, 2008.
6
7                                    KAREN P. HEWITT
                                     United States Attorney
8
9
                                     WILLIAM A. HALL, JR.
10                                   Assistant U.S. Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                   2