

O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WAIVER OF INDICTMENT |

CASE NUMBER: 08CR1981-BTM

I, Benjamin James Nazario, the above named defendant, who is accused of

Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Images of Children Engaged in Sexually Explicit Conduct

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____6/17/2008_____ prosecution by indictment and consent that the pro-
                                Date
ceeding may be by information rather than by indictment.

FILED
JUN 17 2008

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer